IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal Action No. 7:14-cr-00020-4 |
| v. | **ORDER** |
| **LARRYY DARNELL BORDEN,** Petitioner. | By: Robert S. Ballou United States Magistrate Judge |

Charles Franklin Brown filed a <u>pro se</u> motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. The United States was required to respond to the § 2255 motion within sixty days of the Order entered on February 8, 2016. To date, the United States has not complied with the court's order. Accordingly, the United States shall **SHOW CAUSE** within seven days why nothing has been filed as ordered.

The Clerk shall **SEND** a copy of this Order to the parties.

It is so **ORDERED**.

Enter: April 25, 2016

/s/ *Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge